ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 04 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER WRIGHT AND ASHLEY HINES | Criminal Indictment<br><br>No. 1:25-CR-0487 |

THE GRAND JURY CHARGES THAT:

### Count One
### (Conspiracy – 18 U.S.C. § 371)

Beginning on a date unknown, but at least by in or about February 2023, and continuing until on or about April 20, 2023, in the Northern District of Georgia and elsewhere, the defendants, WALTER WRIGHT AND ASHLEY HINES, and others known and unknown to the Grand Jury, knowingly and willfully conspired, agreed, and had a tacit understanding with one another to smuggle goods from the United States, in violation of Title 18, United States Code, Section 554, in violation of Title 18, United States Code, Section 371.

### Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, WALTER WRIGHT AND ASHLEY HINES, and others known and unknown to the Grand Jury, committed, and caused to be committed, at least one of the following overt acts:

1. On a date unknown to the grand jury, but at least by April 5, 2023, Defendant WALTER WRIGHT asked L.H. Jr. to ship two barrels to Jamaica on his behalf.
2. On a date unknown to the grand jury, but at least by April 5, 2023, Defendant WALTER WRIGHT had two pre-addressed empty shipping barrels delivered to the home of L.H. Sr. and L.H. Jr.
3. On a date unknown to the grand jury, but at least by April 5, 2023, Defendant ASHLEY HINES arrived at the home of L.H. Sr. and L.H. Jr. and packed 4 firearms and ammunition in the barrels being shipped to Jamaica.
4. On April 4, 2023, Defendant ASHLEY HINES delivered $275 to L.H. Jr. via CashApp with the description "barrel and payment."
5. On April 5, 2023, at the direction of Defendant WALTER WRIGHT, Caribbean International Shipping Services picked up the barrels packed by Defendant ASHLEY HINES.
6. At the direction of Defendant ASHLEY HINES, and Defendant WALTER WRIGHT, L.H. Jr. paid $245 to Caribbean International Shipping Services to have the barrels shipped to Montego Bay, Jamaica.
7. On or about August 20, 2023, the Jamaican Customs Agency, Customs Enforcement Team seized the 4 firearms and ammunition shipped by Defendant WALTER WRIGHT and Defendant ASHLEY HINES.

## Count Two
### (Unlawful Export of Firearms – 18 U.S.C. § 554)

On a date unknown to the grand jury, but at least on or about April 20, 2023, in the Northern District of Georgia, the defendants, WALTER WRIGHT and ASHLEY HINES, aided and abetted by one another and others known and unknown to the grand jury, did fraudulently and knowingly export and send, merchandise, articles, and objects, that is, firearms and ammunition, from the United States to Jamaica, contrary to the laws and regulations of the United States, in that the Defendants failed to declare the firearms and ammunition to a common carrier, in violation of Title 18, United States Code, Section 922(e); all in violation of Title 18, United States Code, Section 554, and Section 2.

## Count Three
### (Failure to Notify Common Carrier of Firearms – 18 U.S.C. § 922(e))

On a date unknown to the grand jury, but at least on or about April 20, 2023, in the Northern District of Georgia, the defendants, WALTER WRIGHT and ASHLEY HINES, aided and abetted by one another and others known and unknown to the grand jury, did knowingly and willfully deliver and cause to be delivered to a common carrier, for transportation and shipment in interstate and foreign commerce to persons other than a licensed importer, manufacturer, dealer, and collector, a container in which there were firearms and ammunition, that is, the defendants delivered to Universal Shippers Group USA and Caribbean International Shipping Services a package that contained firearms and ammunition without giving written notice to Universal Shippers Group USA and Caribbean International Shipping Services that the firearms and ammunition

were being transported and shipped, in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

## Forfeiture

Upon conviction of any of the offenses alleged in Counts One through Three of this Indictment, the defendants, WALTER WRIGHT and ASHLEY HINES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s).

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A ___TRUE___ BILL

███████████████

/s/ FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*/s/ Jamil A. Favors*
JAMIL A. FAVORS
*Assistant United States Attorney*
Georgia Bar No. 549881

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5